UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                               :

CRAIG TERRY                                       :

                *Plaintiff*,             : Index No. 17-cv-8240(NRB)

                                                     : ECF Case

vs.                                                      :
                                                     :**PROPOSED DEFAULT**
                                                     :**JUDGEMENT**

MASTERPIECE ADVERTISING DESIGN  :

                *Defendant.*           :
-------------------------------------------------------------x

NAOMI R. BUCHWALD, United States District Judge:

      Plaintiff filed the Complaint in this action on October 26, 2017. On November 1, 2017, the Defendant was served a Summons, Civil Cover Sheet and Complaint at its place of business. Pursuant to Fed. R. Civ. P. an answer or a response was due on November 22, 2017. On December 29, 2017 the Plaintiff's request for a Certificate of Default from the Court Clerk was granted. On February 27, 2018 Plaintiff followed by a Motion for Default Judgment. The Defendant, having failed to timely appear and defend itself against the allegations contained in the Complaint is hereby:

      ORDERED that Plaintiff's Motion for Default Judgment is GRANTED; it is

      FURTHER ORDERED that the Defendant violated Section 501 et al of the Copyright Act; it is

      FURTHER ORDERED that Defendant shall pay $20,000 in civil penalties for copyright infringement; and it is

      FURTHER ORDERED that this case is DISMISSED and the Clerk of the Court shall remove it from the docket of the Court.

      SO ORDERED.

Dated:      March___, 2018
              New York, NY

                                                                _____
                                                                Naomi R. Buchwald
                                                                United States District Judge