AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:17-CV-8240

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons and complaint for *(name of individual and title, if any)* <u>Masterpiece Advertising Design</u> was received by me on *(date)* <u>Oct 28, 2017, 7:51 pm.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Liz Villanueve</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>Masterpiece Advertising Design</u> on *(date)* <u>Wed, Nov 01 2017</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: 11/02/17

*Server's signature*

Carl Walker

*Printed name and title*

Hammonton, NJ 08037

*Server's address*

Additional information regarding attempted service, etc.:
Successful Attempt: Nov 1, 2017, 11:00 am EDT at Corporate: 3101 Boardwalk Suite 13, ATLANTIC CITY, NJ 08401 received by Liz Villanueve. Age: 38; Ethnicity: Caucasian; Gender: Female; Weight: 150; Height: 5'8"; Hair: Black; Eyes: Brown; Relationship: Accounts manager ;