UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Craig Terry

Plaintiff(s),

- against -

Masterpiece Advertising Design

Defendant(s),
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/29/17

17 Civ. 8240 (nrb)

**CLERK'S CERTIFICATE
OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on 10/26/2017 _____ with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Masterpiece Advertising Design _____ by personally serving Liz Villanueve, authroized to accept process on behalf of Defendant _____, and proof of service was therefore filed on 12/27/2017 _____, Doc. #(s) 7 _____.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York

December 29, 2017

RUBY J. KRAJICK
Clerk of Court

By: _____
Deputy Clerk

SDNY Web 3/2015