UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

CRAIG TERRY

          *Plaintiff*,          Index No. 17-cv-8240 (NRB)

          ECF Case

vs.

**NOTICE OF MOTION FOR**
**DEFAULT JUDGEMENT**

MASTERPIECE ADVERTISING DESIGN

          *Defendant.*
------------------------------------------------------------x

## NOTICE OF MOTION

Pursuant to Fed. R. Civ. P. 55(b)(2) and Local Rule 55.2(b) Plaintiff Craig Terry hereby moves the Court for default judgment against Defendant Masterpiece Advertising Design. In furtherance of this motion for default judgment in accordance to 17 U.S.C. §501, et seq., Plaintiff requests (1) actual damages in the amount of $20,000 for copyright infringement.

Pursuant to the Local Rules, this motion is supported by a proposed default judgment order, copy of the complaint, and a copy of Certificate of Default from the Clerk of Court and an affidavit in support of the motion.

Dated: Valley Stream, New York
       June 11, 2018

LIEBOWITZ LAW FIRM, PLLC

By:   /s/Yekaterina Tsyvkin
       Yekaterina Tsyvkin

Richard P. Liebowitz
Liebowitz Law Firm PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff Craig Terry*