**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-- - - - - - - -- - - - - - - - - - - - -- - - - - - - - - - - - - - - - - - - - - - -x
                                                          :
CRAIG TERRY                                               :
                                                          :
                *Plaintiff*,                 : Index No. 17-cv-8240(NRB)
                                                          :
                                                          : ECF Case
vs.                                                       :
                                                          :**PROPOSED DEFAULT**
                                                          :**JUDGEMENT**
                                                          :
MASTERPIECE ADVERTISING DESIGN                            :
                                                          :
                *Defendant.*                 :
-- - - - - - - -- - - - - - - - - - - - -- - - - - - - - - - - - - - - - - - - - - - -x

NAOMI R. BUCHWALD, United States District Judge:

      Plaintiff filed the Complaint in this action on October 26, 2017. On November 1, 2017, the Defendant was served a Summons, Civil Cover Sheet and Complaint at its place of business. Pursuant to Fed. R. Civ. P. an answer or a response was due on November 22, 2017. On December 29, 2017 the Plaintiff's request for a Certificate of Default from the Court Clerk was granted. On February 27, 2018 Plaintiff followed by a Motion for Default Judgment. The Defendant, having failed to timely appear and defend itself against the allegations contained in the Complaint is hereby:

      ORDERED that Plaintiff's Motion for Default Judgment is GRANTED; it is

      FURTHER ORDERED that the Defendant violated Section 501 et al of the Copyright Act; it is

      FURTHER ORDERED that Defendant shall pay $20,000 in civil penalties for copyright infringement; and it is

FURTHER ORDERED that this case is DISMISSED and the Clerk of the Court shall remove it from the docket of the Court.

SO ORDERED.

Dated:     June___, 2018
               New York, NY

                                                                                                                                       Naomi R. Buchwald
                                                                                                                    United States District Judge