# EXHIBIT A

Case 1:17-cv-08240-NRB Document 5-1 Filed 10/26/17 Page 2 of 2

