# EXHIBIT B

Our Lady of Pompeii Rosary Hall, 4680 Dante Ave., Vineland. Doors open at 6:30 p.m. 7 p.m.–12 midnight. St. Padre Pio Parish in Vineland hosts. Tickets $40, includes buffet dinner, beer, dessert and coffee. BYOB. For tickets: 856-691-7526

**SHAPE Shamrock 5K Walk/Run.** Delsea Regional High Cross Country Course, 242 Fries Mill Rd., Franklinville. Register 11 a.m. Race 12 noon. Post party 2 p.m. at Lakehouse on Iona Lake. Rain date March 22. Proceeds support Delsea Regional Middle school SHAPE scholarship and enrichment program. Pre-register at www.shape.delsearegional.us.

**First Day of Spring Shopping.** Main Rd. and Washington Ave., Vineland. 9 a.m.–3 p.m. Woman's Club of Vineland hosts various vendors—the Amurtel International Boutique, Ole Shep's honey, Kathryn Ross signing her new book, *Mother Chicken's Eggs*; Wayne Mesiano of Evolution for Conscious Living; Lamb Illustrations, handmade crafts; Serene Touch holistic center; Pamela Burke with It Works wraps and supplements; Premier Design Jewelry, flower bulbs, and more. 856-696-2494

**Victorian Tea.** Millville Woman's Club, 300 "E" St., Millville. 1 p.m. With harpists Joan Perticari and Susan Bold Reed and Somewhere In Time Tea Society, a group of women who dress in styles appropriate for different eras. Fashion show, too. $25. RSVP 856-765-3282.

### SUNDAY, MARCH 22
**Haiti Day.** Voice Of Deliverance New Covenant Church at 1413 E. Chestnut Ave., Vineland. 11 a.m. The church has completed mission trips to Haiti for 25 years. They founded and sponsor an Agape Orphanage and School in Port Au Prince, Haiti. Each year, they have a celebration to create awareness and raise funds. All are invited join the celebration. You can also donate online at www.vodncc.org. 856-692-1599.

**Beans and Brushes.** Shannon's Coffee Shack, 501 N. High St., Cottage G, Millville. 2:30–4:30 p.m. Painting, snacking, and drinking. Bring yourself and your alcohol! Snacks and coffee provided. Meganne Peck will instruct and provide everything you need to paint a beer mug with a rainbow; you may change the mug to a pot of gold with a rainbow coming out. $30 reserves your seat. 856-777-3054 by 3/20.

### MONDAY, MARCH 23
**Max Leuchter Elementary School PTO Fundraiser.** Chick-fil-A, in front of the Cumberland Mall, Vineland. 5–8 p.m. 15 percent of all sales will be donated to the PTO, includes dine in, drive thru, carry out and catering. Simply say, "I'm here for Max Leuchter" before ordering. Funds raised will be used for field trips and other school activities. dlrodriguez@vineland.org

**Red Cross Blood Drive.** Vineland Developmental Center, East Campus Auditorium, 1676 E. Landis Ave., Vineland. 10 a.m.–3 p.m. To make an appointment, call 856-696-6434 or 856-696-6723.

**The Value of Open Space.** Pilesgrove Municipal Building, 1180 Route 40 East, Pilesgrove. 7–9 p.m. Join the American Littoral Society & South Jersey Land & Water Trust for a free informational workshop. Guest speakers Elizabeth Freiday of USFWS, Jack Cimprich, Mayor of Upper Pittsgrove, and Matt Blake, Director of Community Development of Woolwich Township will provide you with key information on available preservation programs and the benefits of open space preservation plans and ecotourism. Register at 856-825-2174 or quinn@littoralsociety.org

**"Feel More Alive" Free Workshop.** Vineland Community Accupuncture, 1420 S. Lincoln Ave., Vineland. 6:30 p.m. Kathy Dickson of Vital Body Wellness offers five things you can do to make this spring your healthiest, happiest ever. 609-420-4442

### TUESDAY, MARCH 24
**Book Discussion.** Millville Woman's Club, 300 "E" St., Millville. 10:30 a.m. *The Girls of Atomic City* by Denise Kier Nan. Contact Patricia at 293-9834



# LOCAL
## DECISION MAKING

LEVOY THEATRE

Louis L. Petrini
Sr. VP Regional Manager
Commercial Lending

Craig DeGenova
Vice President, Commercial
Relationship Officer

### We're Right Here - Where You Need Us

It's people like Lou and Craig who make us a community bank. They're experienced, knowledgable, accessible and local – which means you don't need to cross multiple state lines to get answers. They'll provide customized banking and lending solutions when and where you need them.

Contact Lou
800.858.2265 x3106 or
lpetrini@capebanknj.com

Contact Craig
800.858.2265 x3115 or
cdegenova@capebanknj.com

**CAPEBANK**

  Member FDIC

800.858.BANK | capebanknj.com

---



**MAIN'S MEAT MARKET**
ALWAYS FRESH

1370 S. Main Rd. • Vineland
856-690-8686 • Fax 856-690-8661
~ Credit Cards Accepted ~
Friendly Service • Great Prices
We Accept Food Stamps  EBT

Hours: Mon–Sat 8 am – 7 pm • Sun 9 am–2 pm

**This Week's Specials**
Boneless Chuck Steaks.....$3.99/lb.
T-Bone or Porterhouse Steaks..$7.99/lb.
Boneless Pork Roast................$1.99/lb.
Hot or Sweet Sausage............$2.99/lb.
Fresh Wild Caught Cod..........$6.99/lb.
Boneless Chicken Breast........$1.79/lb.

**Package Deal** $69.99
5 lb Center Cut Pork Chops, 4 lb Beef Cubes,
5 lb Boneless Chicken Breast, 2 lb Bacon, 4 lb Lean Ground Beef
Customized Packages Available

**A Great Package Deal** $99.99
3 lb Beef Cubes, 5 lb Boneless Chicken Breast,
4 lb Sirloin Steak, 2 lbs Bacon, 5 lb Pork Chops, 3 lb Beef Roast, Slab of Ribs
Ask About Customizing Your Package

**Butcher's Special** Try Our New Homemade Pepper & Onion Sausage $3.99/lb

---



**MAIN PHARMACY**
856-692-MAIN

**856.692.6246**
80 S. Main Rd
Vineland
Al otro lado frente a WaWa

Fast Personal Service
Free Delivery
Mon-Fri 9am-7pm
Sat 9am-1pm

Servicio Rápido y Amable
Entrega Gratuita a Domicilio
Lunes a Viernes 9am-7pm
Sábado 9am-1pm

Dr. Lillam Spieker
Pharmacist/Owner

Se Habla Español
Una farmacia a la manera tradicional, como antes

---

WWW.GRAPEVINENEWSPAPER.COM | the grape vine { 13 }