UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Craig Terry

                    Plaintiff(s),

- against -

Masterpiece Advertising Design

                    Defendant(s),
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/29/17

17 Civ. 8240 (nrb)

**CLERK'S CERTIFICATE
OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on 10/26/2017 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Masterpiece Advertising Design by personally serving Liz Villanueve, authroized to accept process on behalf of Defendant, and proof of service was therefore filed on 12/27/2017, Doc. #(s) 7.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York

December 29, 2017

                                                  RUBY J. KRAJICK
                                                  Clerk of Court

                                    By: _____
                                                    Deputy Clerk