UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CRAIG TERRY,

                Plaintiff,

17 **CIV** 8240 (NRB)

-against-

**JUDGMENT**

MASTERPIECE ADVERTISING DESIGN,
                Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Memorandum and Order dated June 21 2018, that Terry is entitled to $1,560 in damages under 17 U.S.C. § 504(b), and this case is closed.

**DATED**: New York, New York
          June 22, 2018

                                      **RUBY J. KRAJICK**
                                      Clerk of Court
                                  BY:
                                      **Deputy Clerk**

                                      THIS DOCUMENT WAS ENTERED
                                      ON THE DOCKET ON 6/22/2018